PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     Office of the General Counsel
     Social Security Administration
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4822
     E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN K. AVILA,

Plaintiff,

v.

MARTIN O'MALLEY,
Commissioner of Social Security,

Defendant.

No.  2:24-cv-00513-SCR

STIPULATION FOR FIRST EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from August 7, 2024 to September 6, 2024.  There is good cause because undersigned counsel was on leave the week of July 29, and needs additional time to respond.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before September 6, 2024;

1      • Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on

2          or before September 20, 2024).

3                                              Respectfully submitted,

4

5      DATE: August 5, 2024                    */s/ Jesse Kaplan* *
                                               (*as authorized via e-mail on 8/5/24)
6                                              Jesse Kaplan
                                               Attorney for Plaintiff
7

8                                              PHILLIP A. TALBERT
9                                              United States Attorney

10     DATE: August 5, 2024         By    *s/ Marcelo Illarmo*
                                          MARCELO ILLARMO
11                                        Special Assistant United States Attorney

12                                        Attorneys for Defendant

13

14

15                                        ORDER

16

17     APPROVED AND SO ORDERED.

18     Dated: August 9, 2024

19

20                                        _____
                                          SEAN C. RIORDAN
21                                        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                              2