PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN K. AVILA,<br><br>      Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>      Defendant. | Case No.: 2:24-cv-00513-SCR<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

    On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; develop the record as necessary; and issue a new decision. The parties further request that the Clerk of

the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                      Respectfully submitted,

DATE: August 21, 2024                   /s/ Jesse Kaplan *
                                      (*as authorized via e-mail on 8/14/24)
                                      Jesse Kaplan
                                      Attorney for Plaintiff

                                      PHILLIP A. TALBERT
                                      United States Attorney

DATE: August 21, 2024      By     s/ Marcelo Illarmo
                                      MARCELO ILLARMO
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

## ORDER

    Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: August 26, 2024

                                        THE HON. SEAN C. RIORDAN
                                        United States Chief Magistrate Judge